1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax    (714) 621-0277

4                         **United States Bankruptcy Court**
                          **Central District of California**
5

6                                           ) Chapter 13
                                            )
7  NANCY JO MAXEY                           ) Case No.: 8:09-bk-19596-ES
                                            )
8                                           ) **NOTICE OF UNCLAIMED DIVIDEND**
                                            ) **(Bankruptcy Rule 3011)**
9                                           )
                                            )
10                                          )
                                            )
11 _____

12      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

13      Please find annexed hereto Check No. **301101** in the sum of **$240.00**

14 representing an unclaimed dividend in the above-entitled Debtor's estate.

15 Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

16 address of the party entitled to said unclaimed dividend is as follows:

17      ORANGE COUNTY TAX COLLECTOR
        PO BOX 1438
18      SANTA ANA, CA #REF!

19
   Date: September 10, 2011           __/S/_____
20                                     Amrane Cohen, Chapter 13 Standing Trustee

21

22

23

24

25

26

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0919596 | NANCY JO MAXEY ACCT: 653-143-28.00 | Claim: 00008 | XXX-XX-9904 | 240.00 | 0.00 | 240.00 |
| | | TOTALS | | 240.00 | 0.00 | 240.00 |

NANCY JO MAXEY

BALANCE:      2,863.72    [0.00 27/00008]
SSN: XXX-XX-9904    SSN:
ACCT: 653-143-28.00                     CASE: 0919596
PRINCIPAL:      240.00    INTEREST:            0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

**0301101**

Aug 22, 2011

VOID 90 DAYS FROM DATE

*******$240.00

PAY    Two Hundred Forty And 00 / 100 Dollars

TO THE
ORDER OF

*U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈"0301101⑈"  ⑆061100790⑆000000575186 2⑈"